UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: __18-25162__
Timothy D. Marchetti : Chapter: __7__
: Judge: __Kaplan__
Debtor(s) :

## CERTIFICATION OF NO OBJECTION

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
202 Central Blvd., Bayville, NJ 08721-2439

JEANNE A. NAUGHTON, Clerk

Date: __1/3/2019__       By: __Gary A. Nau__

*rev.2/10/17*